Scott R Seideman (TBN 24004910)
The Seideman Law Firm, P.C.
701 Commerce Street, Suite 400
Dallas, Texas 75202
Telephone: (214) 752-0443
Fax: (214) 752-0449
sseid@seidlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   _____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

_____

7. District Court and Division in which venue would be proper absent direct filing:

_____

8. Defendants (check Defendants against whom Complaint is made):
   - ☐ C. R. Bard Inc.
   - ☐ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   - ☐ Diversity of Citizenship
   - ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):
    - ☐ Recovery® Vena Cava Filter
    - ☐ G2® Vena Cava Filter
    - ☐ G2® Express Vena Cava Filter
    - ☐ G2® X Vena Cava Filter
    - ☐ Eclipse® Vena Cava Filter
    - ☐ Meridian® Vena Cava Filter

|   |   |   |
|---|---|---|
| 1 | ☐ | Denali® Vena Cava Filter |
| 2 | ☐ | Other: _____ |

3  11.  Date of Implantation as to each product:

_____

_____

6  12.  Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| ☐ | Count I: | Strict Products Liability – Manufacturing Defect |
| ☐ | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| ☐ | Count III: | Strict Products Liability – Design Defect |
| ☐ | Count IV: | Negligence - Design |
| ☐ | Count V: | Negligence - Manufacture |
| ☐ | Count VI: | Negligence – Failure to Recall/Retrofit |
| ☐ | Count VII: | Negligence – Failure to Warn |
| ☐ | Count VIII: | Negligent Misrepresentation |
| ☐ | Count IX: | Negligence *Per Se* |
| ☐ | Count X: | Breach of Express Warranty |
| ☐ | Count XI: | Breach of Implied Warranty |
| ☐ | Count XII: | Fraudulent Misrepresentation |
| ☐ | Count XIII: | Fraudulent Concealment |
| ☐ | Count XIV: | Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| ☐ | | Punitive Damages |

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

    ☐ Yes

    ☐ No

RESPECTFULLY SUBMITTED this ____ day of _____, 20___.

**[SIGNATURE BLOCK]**

By: __/s/_____
[Attorney name/address]

I hereby certify that on this ____ day of _____, 20___, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ _____